UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| JAMES WELDON MADDOX | § § | CASE NO. 06-34754-h5-7 |
| | § | Chapter 7 |
| Debtor | § § | |
| ------------------------------------------------ | § | |
| ---- | | |
| | § | |
| RMCS, L.L.C., ALLEN HOM, Trustee, | § | |
| And FARACRES, LLC, | § | |
| Plaintiffs, | § § | |
| VS. | § | ADVERSARY NO. 07-03207 |
| | § | |
| JAMES MADDOX, Debtor | § § | |
| Defendant. | § | |

## NOTICE OF COMPROMISE

Plaintiffs Allen Hom, Trustee and RMCS, LLC ("Plaintiffs") file this Notice of Compromise. The Plaintiffs and Defendant, James Maddox, have agreed to compromise this proceeding by a payment of $300,000.00 in exchange for Plaintiffs' dismissal of their claims against the Defendant.  After the settlement payments are made, Plaintiffs will voluntarily dismiss this adversary proceeding.

Dated June 5, 2008

Respectfully submitted,

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: ___*/s/ Hugh M. Ray, III*_____
      HUGH M. RAY, III
      State Bar No. 24004246
      CAROLYN J. SHULMAN
      State Bar No. 24056321
      11 Greenway Plaza, Suite 1400
      Houston, Texas 77046
      Telephone: (713) 961-9045
      Facsimile: (713) 961-5341

ATTORNEYS FOR PLAINTIFFS
RMCS, L.L.C. AND ALLEN HOM, TRUSTEE

## **CERTIFICATE OF SERVICE**

On June 5, 2008, I hereby certify that a true and correct copy of the foregoing Motion has been served to all parties requesting notice by ECF and to the following parties by first class mail:

      Keavin D. McDonald
      Law Office of Keavin D. McDonald, PC
      4543 Post Oak Place, Suite 106
      Houston, Texas 77027

      Nancy Holley
      Office of the U.S. Trustee
      515 Rusk, Room 3516
      Houston, Texas 77046

      ___*/s/ Hugh M. Ray, III*_____
      HUGH M. RAY, III