UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES WELDON MADDOX | § | CASE NO. 06-34754-h5-7 |
| | § | Chapter 7 |
| Debtor | § | |
| -------------------------------------------------- | § | |
| | § | |
| RMCS, L.L.C., ALLEN HOM, Trustee, And FARACRES, LLC, | § | |
| Plaintiffs, | § | |
| VS. | § | ADVERSARY NO. 07-03207 |
| | § | |
| JAMES MADDOX, Debtor | § | |
| Defendant. | § | |

**ORDER CLOSING ADVERSARY PROCEEDING**

The Court notes that agreed judgments have been entered compromising the claims between all Plaintiffs and the Debtor/Defendant James Maddox, concluding this adversary proceeding. Since this disposes of the only remaining action under 11 U.S.C. §727, the Debtor is entitled to a discharge, which will be granted by separate order in the main bankruptcy case.

Therefore, it is ORDERED that Adversary No. 07-3207 is CLOSED. The clerk is directed to close this adversary proceeding.

SIGNED _____

_____
UNITED STATES BANKRUPTCY JUDGE

{SHU008\00001\0488030.DOC;2\NLJ}